

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ENTERED
07/20/2018

| | | |
|---|---|---|
| IN RE: § | | |
| APOLLO COMPANIES INC; dba APOLLO § | CASE NO: 17-80148 | |
| OFFICE SYSTEMS LLC; dba § | | |
| SOUTHWEST OFFICE SYSTEMS § | | |
|     Debtor(s) § | | |
| § | CHAPTER 11 | |
| § | | |
| APOLLO COMPANIES INC § | | |
|     Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 18-08012 | |
| § | | |
| NRG & ASSOCIATES, LLC, *et al* § | | |
|     Defendant(s) § | | |

## JUDGMENT

For the reasons set forth on the record on this date, Judgment is awarded in favor of Apollo Companies, Inc., and against Michael Haller, NRG & Associates, and Mike Stern, jointly and severally:

1. The amount of the Judgment is $75,061.62.

2. The Judgment bears interest at 2.36% per annum from July 20, 2018 until paid.

3. All other relief is denied.  This is a final judgment.

SIGNED **July 20, 2018.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE